IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>ISRAEL ELIAS HOLMES, KIANA MICHELLE STABLER, CRYSTAL LARAE STABLER, KAYLENE EDNA MAE STABLER, and JULIAN MICHAEL HUFFMAN,<br><br>　　　　　　Defendants. | 4:17CR3123<br><br>ORDER |

Defendants Kiana Michelle Stabler and Kaylene Edna Mae Stabler have moved to continue the pretrial motion deadline, (Filing Nos. 44 & 45), because Defendants need additional time to investigate this case and prepare for trial. Based on the showing set forth in the motions, the court finds the motions should be granted. Accordingly,

　　IT IS ORDERED:
1) Defendants Kiana Michelle Stabler and Kaylene Edna Mae Stabler's motions to continue, (Filing Nos. 44 & 45), are granted.

2) **As to all defendants**, pretrial motions and briefs shall be filed on or before February 5, 2018.

3) **As to all defendants**, trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **February 26, 2018**, or as soon thereafter as the case may be called, for a duration of ten (10) trial days. Jury selection will be held at commencement of trial.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and **as to all defendants**, the additional time arising as a result of the granting of the motions, the time between today's date and

February 5, 2018, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 5th day of January, 2018.

                                  BY THE COURT:

                                  *s/ Cheryl R. Zwart*
                                  United States Magistrate Judge