IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17-CR-3123 |
| vs. | |
| ISRAEL ELIAS HOLMES, | ORDER |
| Defendant. | |

The defendant has filed another motion to appoint counsel (filing 196), this time based on the Eighth Circuit's holding that conspiracy to commit Hobbs Act robbery is not a "crime of violence" for purposes of the Armed Career Criminal Act, 18 U.S.C. § 924(c)(1)(A). *Jones v. United States*, 39 F.4th 523 (8th Cir. 2022). But as explained in the Court's previous order, nothing about the defendant's conviction or sentence was based on whether or not his offense was a "crime of violence." Filing 195. Accordingly, there is still no basis to appoint counsel. *See United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009).

IT IS ORDERED that the defendant's motion to appoint counsel (filing 196) is denied.

Dated this 27th day of July, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge