AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

United States of America
v.
ISRAEL ELIAS HOLMES

Case No: 4:17-CR-3123

USM No: 30326-047

Date of Original Judgment: 6/8/2018
Date of Previous Amended Judgment: 
*(Use Date of Last Amended Judgment if Any)*

David Stickman
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   120   months **is reduced to**   107   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than February 1, 2024.

Except as otherwise provided, all provisions of the judgment dated   6/8/2018   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: January 26, 2024

*Judge's signature*

Effective Date: February 1, 2024
*(if different from order date)*

Senior U.S. District Judge John M. Gerrard
*Printed name and title*

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: ISRAEL ELIAS HOLMES
CASE NUMBER: 4:17-CR-3123
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 28    Amended Total Offense Level: 28
Criminal History Category: III    Criminal History Category: II
Previous Guideline Range: 97 to 121 months    Amended Guideline Range: 87 to 108 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

The seriousness of the offense, respect for the law, and just punishment for this particular offense.