IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ISRAEL ELIAS HOLMES,

        Defendant.

4:17-CR-3123

ORDER

The plaintiff has moved to withdraw the application and writ of continuing garnishment against Hexagon Agility. Filing 271.

IT IS ORDERED:

1. The plaintiff's Motion to Withdraw Application and Order to Issue Writ of Continuing Garnishment (filing 271) is granted.

2. The writ of continuing garnishment against Hexagon Agility (filing 267) is released.

3. The Clerk of the Court is directed to mail a copy of this order to the garnishee: Hexagon Agility; Attn: Garnishment Dept.; 5117 NW 40th St; Lincoln, NE 68524.

Dated this 19th day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge